N.



Local Sample Required Form No. 1

# DECLARATION

16-3503

Debtor(s)' Name(s)　　　　　　　　　　　　Case No. 16-03503

Bernice Jones

I, Bernice Jones, do hereby certify, under penalty of perjury, that the Mailing List, consisting of 1 sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Dated: 4/14/2016　　　　　　　　　Bernice Jones
　　　　　　　　　　　　　　　　　　(Debtor)

_____　　_____
(Attorney, if applicable)　　　　　　　　(Spouse)

mmlrequirements/10/06

MML- 4

Bernice Jones
2116 E Chanute Pass
Phoenix, Arizona 85042
480-226-8502
Jmj51210@yahoo.com


Case Number 2:16-bk-03503-EPB


**Ocwen Loan Services**
3451 Hammond Ave,
Waterloo, IA 50702

**Copper Leaf Home Owners Assocation**
AAM, LLC
1600 W. Broadway Rd, Ste. 200
Tempe, AZ 85282

**Farmers Insurance**
Brian Ernst
2040 S Alma School Rd #10, Chandler, AZ 85286

**City of Phoenix**
200 W Washington, 4th Fl
Phoenix, AZ 85003-1611