
14


FILED
2016 MAY -3 PM 3:42
U.S. BANKRUPTCY CLERK
DISTRICT OF ARIZONA

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | BERNICE JONES |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: District of Arizona | |
| Case number | 2:16-bk-03503-EPB |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** 2116 E CHANUTE PASS
Street address, if available, or other description

PHOENIX, AZ 8504
City  State  ZIP Code

Maricopa
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $ 270,000.00
Current value of the portion you own? $ 270,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
fee simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____
City  State  ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $ _____
Current value of the portion you own? $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Debtor 1  BERNICE                      JONES                   Case number (if known) 2:16-bk-03503-EPB
          First Name  Middle Name  Last Name

1.3. _____
     Street address, if available, or other description

     What is the property? Check all that apply.
     ❑ Single-family home
     ❑ Duplex or multi-unit building
     ❑ Condominium or cooperative
     ❑ Manufactured or mobile home
     ❑ Land
     ❑ Investment property
     ❑ Timeshare
     ❑ Other _____

     _____
     City            State    ZIP Code

     _____
     County

     Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

     Current value of the entire property?    Current value of the portion you own?
     $_____                         $_____

     Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
     _____

     Who has an interest in the property? Check one.
     ❑ Debtor 1 only
     ❑ Debtor 2 only
     ❑ Debtor 1 and Debtor 2 only
     ❑ At least one of the debtors and another

     ❑ Check if this is community property (see instructions)

     Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................................→  $ **270,000.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ❑ No
   ❑ Yes

   3.1. Make:  Smart Car
        Model: _____
        Year:  2013
        Approximate mileage: 20,000
        Other information:
        _____

        Who has an interest in the property? Check one.
        ☑ Debtor 1 only
        ❑ Debtor 2 only
        ❑ Debtor 1 and Debtor 2 only
        ❑ At least one of the debtors and another

        ❑ Check if this is community property (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

        Current value of the entire property?    Current value of the portion you own?
        $ **11,000.00**                          $ **11,000.00**

   If you own or have more than one, describe here:

   3.2. Make:  _____
        Model: _____
        Year:  _____
        Approximate mileage: _____
        Other information:
        _____

        Who has an interest in the property? Check one.
        ❑ Debtor 1 only
        ❑ Debtor 2 only
        ❑ Debtor 1 and Debtor 2 only
        ❑ At least one of the debtors and another

        ❑ Check if this is community property (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

        Current value of the entire property?    Current value of the portion you own?
        $_____                         $_____

Debtor 1 BERNICE JONES   Case number (if known) 2:16-bk-03503-EPB

3.3. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

Who has an interest in the property? Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

Who has an interest in the property? Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ❑ No
   ❑ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information:

Who has an interest in the property? Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information:

Who has an interest in the property? Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................. ➔   $ 11,000.00

Debtor 1  BERNICE  JONES   Case number (if known) 2:16-bk-03503-EPB
First Name  Middle Name  Last Name

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.........        $ 485.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.........        $ 250.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........        $ 0.00

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.........        $ 0.00

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........        $ 0.00

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.........        $ 250.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe..........       $ 0.00

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.........        $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............        $ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** →        $ 985.00

Debtor 1 BERNICE JONES  Case number (if known) 2:16-bk-03503-EPB
First Name  Middle Name  Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes ............................................................................................................................................................. Cash: ..................... $ 83.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes ..................... Institution name:

    | | | | |
    |---|---|---|---|
    | | 17.1. Checking account: | Desert School Credit Union | $ 877.13 |
    | | 17.2. Checking account: | | $ |
    | | 17.3. Savings account: | Desert School Credit Union | $ 2,335.03 |
    | | 17.4. Savings account: | | $ |
    | | 17.5. Certificates of deposit: | | $ |
    | | 17.6. Other financial account: | | $ |
    | | 17.7. Other financial account: | | $ |
    | | 17.8. Other financial account: | | $ |
    | | 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes ................ Institution or issuer name:

    _____ $ _____
    _____ $ _____
    _____ $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No   Name of entity:   % of ownership:
    ☐ Yes. Give specific information about them.......
    _____  0% ____%  $ _____
    _____  0% ____%  $ _____
    _____  0% ____%  $ _____

Debtor 1 **BERNICE**     **JONES**     Case number (if known) 2:16-bk-03503-EPB
          First Name     Middle Name     Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them........

    Issuer name:

    _____ $_____
    _____ $_____
    _____ $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.    Type of account:    Institution name:

    401(k) or similar plan: _____ $_____
    Pension plan: _____ $_____
    IRA: _____ $_____
    Retirement account: _____ $_____
    Keogh: _____ $_____
    Additional account: _____ $_____
    Additional account: _____ $_____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes........

    Institution name or individual:

    Electric: _____ $_____
    Gas: _____ $_____
    Heating oil: _____ $_____
    Security deposit on rental unit: _____ $_____
    Prepaid rent: _____ $_____
    Telephone: _____ $_____
    Water: _____ $_____
    Rented furniture: _____ $_____
    Other: _____ $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes........

    Issuer name and description:

    _____ $_____
    _____ $_____
    _____ $_____

Official Form 106A/B     Schedule A/B: Property     page 6

Case 2:16-bk-03503-EPB    Doc 21    Filed 05/03/16    Entered 05/04/16 12:41:07    Desc
Main Document     Page 6 of 14

Debtor 1 **BERNICE** **JONES**  Case number (if known) 2:16-bk-03503-EPB

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- ☑ No
- ☐ Yes ................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

  _____ $_____
  _____ $_____
  _____ $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- ☑ No
- ☐ Yes. Give specific information about them.... $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

- ☑ No
- ☐ Yes. Give specific information about them.... $_____

**27. Licenses, franchises, and other general intangibles**
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☑ No
- ☐ Yes. Give specific information about them.... $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .................
  Federal: $_____
  State: $_____
  Local: $_____

**29. Family support**
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☑ No
- ☐ Yes. Give specific information.............
  Alimony: $_____
  Maintenance: $_____
  Support: $_____
  Divorce settlement: $_____
  Property settlement: $_____

**30. Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☑ No
- ☐ Yes. Give specific information............. $_____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    
    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes. Give specific information.                                                                                                          $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim.                                                                                                                $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☑ Yes. Describe each claim.    Rescission of Loan on residence                                                                             $

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information.                                                                                                          $

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here →  $ 3,295.16

---

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe.                                                                                                                           $

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe.                                                                                                                           $

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☑ No
- ☐ Yes. Describe..... $_____

**41. Inventory**
- ☑ No
- ☐ Yes. Describe..... $_____

**42. Interests in partnerships or joint ventures**
- ☑ No
- ☐ Yes. Describe.......  Name of entity:                                         % of ownership:
  - _____   ____%   $_____
  - _____   ____%   $_____
  - _____   ____%   $_____

**43. Customer lists, mailing lists, or other compilations**
- ☑ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe....... $_____

**44. Any business-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information .........
  - $_____
  - $_____
  - $_____
  - $_____
  - $_____
  - $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** →  $ 0.00

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
- ☑ No
- ☐ Yes ..................... $_____

Debtor 1  BERNICE  JONES    Case number (if known) 2:16-bk-03503-EPB
First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
   ☑ No
   ☐ Yes. Give specific information...........    $ 0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes..................    $ 0.00

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes..................    $ 0.00

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes. Give specific information...........    $ 0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ...................→    $ 0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information...........
   $ _____
   $ _____
   $ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................→    $ 0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ...................→ $ 270,000.00
56. Part 2: Total vehicles, line 5    $ 11,000.00
57. Part 3: Total personal and household items, line 15    $ 985.00
58. Part 4: Total financial assets, line 36    $ 3,295.16
59. Part 5: Total business-related property, line 45    $ 0.00
60. Part 6: Total farm- and fishing-related property, line 52    $ 0.00
61. Part 7: Total other property not listed, line 54    + $ 0.00
62. **Total personal property.** Add lines 56 through 61. ...........    $ 15,280.16    Copy personal property total → + $ 15,280.16

63. **Total of all property on Schedule A/B.** Add line 55 + line 62...........    $ 285,280.16

Fill in this information to identify your case:

Debtor: BERNICE JONES (First Name / Middle Name / Last Name)

Debtor 2 (Spouse If filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Arizona

Case number (If known): 2:16-bk-03503-EPB

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

**Person or company with whom you have the contract or lease** | **State what the contract or lease is for**

2.1 Name / Number Street / City State ZIP Code

2.2 Name / Number Street / City State ZIP Code

2.3 Name / Number Street / City State ZIP Code

2.4 Name / Number Street / City State ZIP Code

2.5 Name / Number Street / City State ZIP Code

**Additional Page if You Have More Contracts or Leases**

Person or company with whom you have the contract or lease | What the contract or lease is for

2.2
Name
Number  Street
City  State  ZIP Code

2._
Name
Number  Street
City  State  ZIP Code

2._
Name
Number  Street
City  State  ZIP Code

2._
Name
Number  Street
City  State  ZIP Code

2._
Name
Number  Street
City  State  ZIP Code

2._
Name
Number  Street
City  State  ZIP Code

2._
Name
Number  Street
City  State  ZIP Code

2._
Name
Number  Street
City  State  ZIP Code

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | BERNICE ___ JONES | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: District of Arizona | | |
| Case number (If known) | 2:16-bk-03503-EPB | |

☐ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors  12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      - ☑ No
      - ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number    Street

   _____
   City         State         ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt |
|---|---|---|
| | | Check all schedules that apply: |
| 3.1 | Name _____ | ☐ Schedule D, line ____ |
| | | ☐ Schedule E/F, line ____ |
| | Number    Street | ☐ Schedule G, line ____ |
| | City    State    ZIP Code | |
| 3.2 | Name _____ | ☐ Schedule D, line ____ |
| | | ☐ Schedule E/F, line ____ |
| | Number    Street | ☐ Schedule G, line ____ |
| | City    State    ZIP Code | |
| 3.3 | Name _____ | ☐ Schedule D, line ____ |
| | | ☐ Schedule E/F, line ____ |
| | Number    Street | ☐ Schedule G, line ____ |
| | City    State    ZIP Code | |

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**　　　　　　　　　　　　　　　　　　　　　*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____

3.___
Name _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
Number　　Street _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule E/F, line _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule G, line _____
City _____ State _____ ZIP Code _____